IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **ZITNER CANDY CORP.,** | : | |
| | : | |
| **Debtor.** | : | |
| | : | **Bankruptcy No. 18-12482 MDC** |

| | | |
|---|---|---|
| *In re:* | : | **Chapter 11** |
| | : | |
| **ZITNER STATION DEVELOPMENT GROUP, L.P.,** | : | |
| | : | |
| **Debtor.** | : | **Bankruptcy No. 18-12484 MDC** |

## DEBTORS' MOTION FOR AN ORDER
## AUTHORIZING JOINT ADMINISTRATION

Zitner Candy Corp. ("Zitner Candy") and Zitner Station Development Group, L.P., ("Zitner Station" and, together with Zitner Candy, the "Debtors") by and through proposed counsel, Ciardi Ciardi & Astin, hereby present the Debtors' Motion for an Order Authorizing Joint Administration (the "Motion") and in support thereof respectfully represent:

## BACKGROUND

1. On April 13, 2018 (the "Petition Date") the Debtors filed separate, Voluntary Petitions for relief under Chapter 11 of Title 11 of the United States Code, as amended (the "Bankruptcy Code").

2. The above captioned cases have been assigned to the same United States Bankruptcy Judge of the Eastern District of Pennsylvania.

3. The Debtors have continued in possession of their assets and property as Debtors-in-Possession.

4. Zitner Candy manufactures fine confections in a facility owned by Zitner Station that is located at 3120 N. 17th Street in Philadelphia, Pennsylvania.

5. The Debtors have the same secured creditors and are controlled by the same management team.

### RELIEF REQUESTED

6. Federal Rule of Bankruptcy Procedure 1015(b)(4) provides that "[i]f a joint petition or two or more petitions are pending in the same court by ... (4) a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b)(4).

7. The Debtors submit the joint administration of their bankruptcy cases places each debtor in a better position to reorganize its financial affairs, file and confirm their respective, feasible Plans of Reorganization and provide a distribution to unsecured creditors of the Debtors' estates.

8. By and through this Motion, the Debtors seek to maintain separate records and tax identities but desire a lead docket number with respect to the above captioned proceeding and the ability to file a Joint Plan of Reorganization should they so choose. The Debtors submit that an order authorizing the Joint Administration of the two (2) bankruptcy cases will enhance the judicial economy and save the Debtors and their respective estates time and money.

9. The Debtors submit that the Joint Administration of these cases should be maintained under the case number assigned to Zitner Candy Corp., Case No. 18-12482(MDC).

10. As of the filing of this Motion, no trustee, examiner or creditor's committee has been appointed in this Chapter 11 case.

11. No previous request for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, the Debtors hereby respectfully request that this Court enter an Order, substantially in the form attached hereto, authorizing Joint Administration of the Debtors' bankruptcy cases pursuant to Bankruptcy Rule 1015(a).

Dated: April 17, 2018                              **CIARDI CIARDI & ASTIN**

*/s/ Jennifer C. McEntee*
Albert A. Ciardi, III, Esquire
Jennifer C. McEntee, Esquire
One Commerce Square
2005 Market Street, Suite 3500
Philadelphia, Pennsylvania 19103
aciardi@ciardilaw.com
jcranston@ciardilaw.com
Telephone: 215-557-3550
Facsimile: 215-557-3551
*Proposed Counsel for the Debtors*