IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| ZITNER CANDY CORP., *et al.* | : |
| | : Bankruptcy No. 18-12482(MDC) |
| Debtor. | : Jointly Administered with |
| | : Case No. 18-12482(MDC) |

RESPONSE OF DEBTORS TO THE
MOTION OF LAVA FUNDING LLC TO DISMISS CASE

Zitner Candy Corp. and Zitner Station Development Group, Inc. ("Debtors"), by and through their undersigned counsel, Ciardi Ciardi & Astin, hereby respond to the Motion of Lava Funding, LLC, to Dismiss Cases, and in support thereof, respectfully aver as follows:

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied as stated. The averments contained in this Paragraph reference conclusions of law to which no response is required of the Debtors.

14. Denied.

15. Denied.

16. Denied.

WHEREFORE, Debtors, Zitner Candy Corp. and Zitner Station Development Group, Inc., respectfully requests this Court deny the motion of Lava Funding, LLC, to dismiss the cases and for such other and further relief as this Court deems just.

CIARDI CIARDI & ASTIN

Dated: May 22, 2018    By:    */s/ Albert A. Ciardi, III*
Albert A. Ciardi, III, Esquire
One Commerce Square, Suite 3500
2005 Market Street
Philadelphia, PA  19103
Telephone:  215-557-3550
Facsimile:  215-557-3551
Counsel for the Debtor